IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| First National Bank, | ) | |
| Plaintiff, | ) | C.A. No. 6:07-2182-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| First National Bank of the South; | ) | |
| First National Bancshares, Inc.; | ) | |
| John Higdon; and Peter Seitz, | ) | |
| | ) | |
| Defendants. | ) | |

First National Bank and First National Bank of the South are hereby ordered to inform the court of the location of their main offices, as set forth in their articles of association, for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. §§ 1332 and 1348;  Wachovia Bank, N.A. v. Schmidt, 546 U.S. 303, 303 (2006) (holding that for purposes of federal diversity jurisdiction, a national bank is a citizen of the state in which the bank's main office, as set forth in its articles of association, is located).  First National Bank and First National Bank of the South are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 26, 2007